IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HUANFANG HU, | CASE NO. 4:26-cv-113 |
| Petitioner, | DISTRICT JUDGE JAMES R. KNEPP II |
| vs. | |
| KEVIN RAYCRAFT, *Acting Director of Detroit Field Office, U.S. Immigration and Customs Enforcement*, et al., | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| | **ORDER** |
| Respondents. | |

On January 15, 2026, Petitioner Huanfang Hu filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. Hu sought an expedited ruling in this matter. *See id.*, at 16. On January 21, the Court issued an Initial Order setting forth an expedited briefing schedule.[1] Doc. 4. The Court also ordered the following:

> Petitioner must forward a copy of the Petition and its attachments (Doc. 1; Docs. 1-2–1-11) and this Order to each of the Respondents immediately on receipt of this Order. Petitioner's counsel is further ordered to file a Notice on the docket confirming that she has done so and setting out the mailing addresses each of the named Respondents.

*Id.* at 1. To date, Hu's counsel has not filed the Notice as ordered.

---

[1] Thereafter, the Court granted Respondent's Motion for more time to respond. That response is currently due on February 11.

By tomorrow, Hu is hereby Ordered to comply with the Court's above-cited order or indicate whether she intends to prosecute this petition. Hu is warned that her failure to comply with the Court's Order may result in her petition being denied for her failure to prosecute it.

So ordered.

Dated: February 4, 2026

                                            */s/ James E. Grimes Jr.*
                                            James E. Grimes Jr.
                                            U.S. Magistrate Judge